UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. v. Justin Johnson**　　　　　　　　　　　　　　　　**Docket No. 2:10-CR-45-1H**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Justin Johnson, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 13, 2011, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Justin Johnson was released from custody on February 10, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on February 10, 2015, was submitted for laboratory analysis and yielded a positive result for cocaine on February 13, 2015. On March 31, 2015, the defendant signed a statement admitting that he used cocaine on February 8, 2015. As a sanction for this violation, we are recommending that the defendant be required to serve two days incarceration in the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
201 South Evans Street Room 214
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: April 2, 2015

Justin Johnson
Docket No. 2:10-CR-45-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3rd___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge